IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANGELA JEAN TALBERT,

    Plaintiff,

        v.

YIWU FANGE E-COMMERCE FIRM,
*et al.*,

    Defendants.

CIVIL ACTION NO.
1:25-cv-06518-TRJ

## ORDER

On November 26, 2025, the Court issued an order granting Plaintiff Angela Jean Talbert's motion for a temporary restraining order and asset freeze order ("TRO"). (Doc. 9). On December 8, 2025, the Court extended the TRO for an additional 14 days, through and including December 24, 2025. (Doc. 14). On December 23, 2025, the Court again extended the TRO for an additional 14 days, through and including January 7, 2026. (Doc. 24). On January 2, 2026, Plaintiff and Defendant Tina Home (followed by 5 gold stars) ("Tina Home") filed a joint motion to extend the TRO as to Tina Home through and including January 14, 2026. (Doc. 32).

Pursuant to Federal Rule of Civil Procedure 65(b)(2), a TRO expires 14 days after entry unless the Court, for good cause, extends it for a like period. "The reasons for an extension must be entered in the record." FED. R. CIV. P. 65(b)(2). To date, no Defendants have filed a response to Plaintiff's motion for a preliminary injunction. Plaintiff and Tina Home state that they have agreed to stipulate that the deadline for Tina Home to file an opposition to Plaintiff's motion for a preliminary injunction

should be extended to January 9, 2026, and the deadline for Plaintiff to file a reply brief should be set for January 13, 2026. (Doc. 32 at 2).

Upon review and consideration, the Joint Motion to Extend Temporary Restraining Order (Doc. 32) is **GRANTED** to enable Tina Home and other Defendants sufficient time to respond to the pending motion for a preliminary injunction. The Court finds that Plaintiff has demonstrated good cause pursuant to Federal Rule of Civil Procedure 65(b)(2) to extend the TRO for an additional 14 days, through and including **January 21, 2026**, for all Defendants. Defendants are **ORDERED** to file any response to Plaintiff's motion for a preliminary injunction by **January 9, 2026**. Plaintiff shall file any reply brief by **January 13, 2026**.

SO ORDERED, this 5th day of January, 2026.

_____
TIFFANY R. JOHNSON
United States District Judge