UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:25-cv-06518-TRJ

ANGELA JEAN TALBERT,

        Plaintiff,

v.

YIWU FANGE E-COMMERCE FIRM, ET AL.,

        Defendants.

## STIPULATION TO ENTRY OF PRELIMINARY INJUNCTION AS TO LOCAL BEST GOODS, PEAKBOX, AND LEMUROX

Plaintiff ANGELA JEAN TALBERT and Defendant Local Best Goods, listed on Exhibit A to the Complaint as Doe numbered 223, Defendant Peakbox, listed on Exhibit A to the Complaint as Doe numbered 236, and Defendant Lemurox, listed on Exhibit A to the Complaint as Doe numbered 241 (collectively, "Stipulating Defendants"), hereby stipulate and agree as follows:

**WHEREAS,** LOCAL BEST GOODS, PEAKBOX, AND LEMUROX are defendants named in this action;

**WHEREAS**, LOCAL BEST GOODS operates the Seller ID 634418219319061 on Temu.com;

1

**WHEREAS**, PEAKBOX operates the Seller ID 634418221244375 on Temu.com;

**WHEREAS**, LEMUROX operates the Seller ID 634418222528156 on Temu.com;

**WHEREAS**, LOCAL BEST GOODS offered for sale the product identified by the Product ID "601101344803847" that Plaintiff alleges infringes Plaintiff's copyrights;

**WHEREAS**, PEAKBOX offered for sale the product identified by the Product ID "601100632955629" that Plaintiff alleges infringes Plaintiff's copyrights;

**WHEREAS**, LEMUROX offered for sale the product identified by the Product ID "601100630158336" that Plaintiff alleges infringes Plaintiff's copyrights;

**WHEREAS**, on November 26, 2025, the Court granted the *ex parte* Temporary Restraining Order ("TRO"), ECF No. 9;

**WHEREAS**, on January 21, 2026, Plaintiff and Stipulating Defendants stipulated to a reduction in the asset freeze ordered by the TRO, ECF No. 46;

**WHEREAS**, Stipulating Defendants do not contest the conversion of the TRO to a preliminary injunction to remain during the pendency of this case or until further order of the Court.

**NOW THEREFORE**, Plaintiff and LOCAL BEST GOODS, PEAKBOX, AND LEMUROX stipulate and agree to the entry of preliminary injunction and a continuation of the asset restraints and other equitable relief set forth in the TRO entered by the Court (ECF No. 9).

Dated: January 26, 2026                             Respectfully submitted,


/s/ Angela M. Nieves_____                  /s/ Abena K. Abayomi-Rogers
ANGELA M. NIEVES                                    Abena K. Abayomi-Rogers
Florida Bar Number: 1032760                         Georgia Bar No.: 315161
angela.nieves@sriplaw.com                           courtcomms@ICEELaw.com
JOEL B. ROTHMAN
Georgia Bar Number: 979716                          **ICEE Law, LLC**
joel.rothman@sriplaw.com                            1445 Woodmont Lane, NW
                                                    Suite 3362
**SRIPLAW, P.A.**                                   Atlanta, GA 30318
21301 Powerline Road                                470-574-0529 - Telephone
Suite 100                                           470-574-0535 - Facsimile
Boca Raton, FL 33433
561.404.4350 – Telephone                            *Counsel for Defendants Local Best*
561.404.4353 – Facsimile                            *Goods, PeakBox and Lemurox*

And

EVAN A. ANDERSEN
Georgia Bar Number: 377422
evan.andersen@sriplaw.com
ANTHONY UNDERWOOD
Georgia Bar Number: 685078
anthony.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Rd. NE
Suite 750
Atlanta, GA 30326
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Angela Jean Talbert*