# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## CASE NO.: 1:25-cv-06518

ANGELA JEAN TALBERT,

    Plaintiff,

v.

YIWU FANGE E-COMMERCE FIRM, ET AL.,

    Defendants.

## ACKNOWLEDGEMENT OF NOTICE TO DEFENDANTS

I certify and declare that I am over the age of 18 years, employed in Palm Beach County and an attorney for Plaintiff Angela Jean Talbert, in the above-captioned action.

On January 29, 2026, I provided notice of ECF No. 52 on Defendants identified on Exhibit A to the complaint as numbered 1 to 90, 92 to 98, 100 to 102, 104 to 115, 118, 120 to 131, 133 to 137, 139 to 249, 251, 253 to 267 by emailing these defendants the Order from the Court granting the Preliminary Injunction issued in this action, in compliance with this Court's Order on Alternate Service. (ECF No. 10).

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

The emails for these Defendants were produced to the undersigned by Alibaba, AliExpress, Amazon, eBay, Shein, Temu, Walmart and the payment processors PayPal and Stripe.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: January 30, 2026                                        Respectfully submitted,

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Georgia Bar Number: 979716
joel.rothman@sriplaw.com
ANGELA M. NIEVES
*Pro Hac Vice*
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 100
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN
Georgia Bar Number: 377422
evan.andersen@sriplaw.com
ANTHONY UNDERWOOD
Georgia Bar Number: 685078
aj.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Rd. NE
Suite 750
Atlanta, GA 30326

561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Angela Jean Talbert*