UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:25-cv-06518

ANGELA JEAN TALBERT,

      Plaintiff,

v.

YIWU FANGE E-COMMERCE FIRM, ET AL.,

      Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO CONDUCT JURISDICTIONAL DISCOVERY AND FOR STAY OF DEFENDANT PEAKBOX'S MOTION TO DISMISS

Plaintiff Angela Jean Talbert, by and through undersigned counsel, hereby moves for entry of an order entry of an order granting Plaintiff a 45-day period in which to conduct expedited jurisdictional discovery on Defendant PeakBox, followed by a two-week deadline thereafter for Plaintiff to respond to Defendant PeakBox's ("Defendant") Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction ("Defendant's Motion").

In support of the instant Motion, Plaintiff submits the accompanying memorandum of law, declaration, and exhibits. A proposed Order is also submitted with this Motion.

**SRIPLAW**
California ◆ Florida ◆ Georgia ◆ Indiana ◆ New York ◆ Tennessee ◆ Texas

Dated: March 2, 2026                                    Respectfully submitted,

/s/ *Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
ANGELA M. NIEVES *(pro hac vice)*
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN
Georgia Bar Number: 377422
evan.andersen@sriplaw.com
ANTHONY UNDERWOOD
Georgia Bar Number: 685078
aj.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Rd. NE
Suite 750
Atlanta, GA 30326
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Angela Jean Talbert*