# Exhibit 2

USPS APIs

UNITED STATES POSTAL SERVICE.
usps.com
US POSTAGE
U.S. POSTAGE PAID

G

Mailed from 27260

USPS GROUND ADVANTAGE™   RDC 01

TAO HONG
312 NEW ST
HIGH POINT NC 27260-5857

PHILOMENA AJD-FTE TLYGUWABIN
260 ROCBAAR DR
ROMEOVILLE IL 60446-1162

USPS TRACKING # USPS Ship

9300 1106 2230 0069 8111 45

hyjflh*1

hyjflh*1



