THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CASE NO.: 1:25-cv-06518

ANGELA JEAN TALBERT,

   Plaintiff,

v.

YIWU FANGE E-COMMERCE FIRM,
ET AL.,

   Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO CERTAIN DEFENDANTS

Plaintiff ANGELA JEAN TALBERT, by and through her undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action with prejudice as against the following defendants:

  a. JYLIANSHAN (Defendant No. 133 on Exhibit A to the Complaint);

  b. Prism Protocol (Defendant No. 197 on Exhibit A to the Complaint);

  c. RRQQ (Defendant No. 210 on Exhibit A to the Complaint);

  d. SUN A (Defendant No. 211 on Exhibit A to the Complaint);

  e. Eternity Rose (Defendant No. 212 on Exhibit A to the Complaint);

f. blue moonflower (Defendant No. 213 on Exhibit A to the Complaint);

g. Leuco J (Defendant No. 215 on Exhibit A to the Complaint);

h. Yazzy (Defendant No. 216 on Exhibit A to the Complaint);

i. Blossom Rose (Defendant No. 218 on Exhibit A to the Complaint);

j. Sunshine O (Defendant No. 219 on Exhibit A to the Complaint);

k. Petrichor Grace (Defendant No. 220 on Exhibit A to the Complaint);

l. Sunflower O (Defendant No. 221 on Exhibit A to the Complaint);

m. GlobeDeals (Defendant No. 222 on Exhibit A to the Complaint);

n. Attrayant (Defendant No. 225 on Exhibit A to the Complaint);

o. Calma (Defendant No. 228 on Exhibit A to the Complaint);

p. Ana Mara (Defendant No. 230 on Exhibit A to the Complaint);

q. Le Faneur (Defendant No. 234 on Exhibit A to the Complaint);

r. My Figurines (Defendant No. 244 on Exhibit A to the Complaint);

s. ZeroG Goods (Defendant No. 245 on Exhibit A to the Complaint); and

t. TidalForge (Defendant No. 246 on Exhibit A to the Complaint).

Dated: March 23, 2026                    Respectfully submitted,

*/s/ Joel B. Rothman*  
JOEL B. ROTHMAN  
Georgia Bar Number: 979716  
joel.rothman@sriplaw.com

2

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

ANGELA M. NIEVES *(pro hac vice)*
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN
Georgia Bar Number: 377422
evan.andersen@sriplaw.com
ANTHONY UNDERWOOD
Georgia Bar Number: 685078
aj.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Rd. NE
Suite 750
Atlanta, GA 30326
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Angela Jean Talbert*

**SRIPLAW**
CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS