**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

**CASE NO.: 1:25-cv-06518**

ANGELA JEAN TALBERT,

       Plaintiff,

v.

YIWU FANGE E-COMMERCE FIRM,
ET AL.,

       Defendants.

---

**NOTICE OF SETTLEMENT AS TO DEFENDANTS 200, 214, 223, 227, 236 AND 241**

Plaintiff ANGELA JEAN TALBERT, by and through her undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement with Defendants BooYou (Defendant No. 200 on Exhibit "A"), SumMax (Defendant No. 214 on Exhibit "A"), Local Best Goods (Defendant No. 223 on Exhibit "A"), GodBal (Defendant No. 227 on Exhibit "A"), PeakBox (Defendant No. 236 on Exhibit "A"), and Lemurox (Defendant No. 241 on Exhibit "A"), and requests until April 25, 2026 in which to file a Stipulation of Dismissal.

Dated: March 25, 2026               Respectfully submitted,

                                */s/ Joel B. Rothman*
                                JOEL B. ROTHMAN
                                Georgia Bar Number: 979716
                                joel.rothman@sriplaw.com

ANGELA M. NIEVES *(pro hac vice)*
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
21301 Powerline Road
Suite 212
Boca Raton, FL 33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

EVAN A. ANDERSEN
Georgia Bar Number: 377422
evan.andersen@sriplaw.com
ANTHONY UNDERWOOD
Georgia Bar Number: 685078
aj.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Rd. NE
Suite 750
Atlanta, GA 30326
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Angela Jean Talbert*

2