**THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**CASE NO.: 1:25-cv-06518**

ANGELA JEAN TALBERT,

      Plaintiff,

v.

YIWU FANGE E-COMMERCE FIRM,
ET AL.,

      Defendants.

## STIPULATION OF DISMISSAL

Plaintiff ANGELA JEAN TALBERT and Defendants numbered 200, 214 and 227 on Exhibit "A" to the Complaint, BooYou, SumMax and GodBal, by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the entry of an order dismissing the instant lawsuit, with prejudice, as between the parties to this stipulation, with each party to bear its own costs, attorneys' fees and expenses.  Notwithstanding the reference to Fed. R. Civ. P. 41(a)(1)(A)(ii), this stipulation is conditioned upon the Court's entry of an order of dismissal pursuant to Fed. R. Civ. P. 41(a)(2) on terms the Court considers proper, provided that those terms are consistent with the terms set forth in this Stipulation.

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ INDIANA ◆ TENNESSEE ◆ NEW YORK

Dated: April 2, 2026                          Respectfully submitted,

*/s/ Joel B. Rothman*                          */s/ Abena K. Abayomi-Rogers.*
JOEL B. ROTHMAN                                Abena K. Abayomi-Rogers
Georgia Bar Number: 979716                     Georgia Bar No. 315161
joel.rothman@sriplaw.com                       CourtComms@ICEELaw.com
ANGELA M. NIEVES
*Pro Hac Vice*                                 **ICEE Law, LLC**
angela.nieves@sriplaw.com                      1445 Woodmont Ln
                                               NW Suite 3362
                                               Atlanta, GA 30318
**SRIPLAW, P. A.**                             Telephone: (470) 574.0529
21301 Powerline Road
Suite 212
Boca Raton, FL 33433                           *Counsel for Defendants BooYou,*
786.788.6020 – Telephone                       *SumMax and GodBal*
561.404.4353 – Facsimile

EVAN A. ANDERSEN
Georgia Bar Number: 377422
Evan.andersen@sriplaw.com
ANTHONY UNDERWOOD
Georgia Bar Number: 685078
aj.underwood@sriplaw.com

**SRIPLAW, P.A.**
3355 Lenox Rd. NE
Suite 750
Atlanta, GA 30326
561.404.4350-Telephone
561.404.4353-Facsimile

*Counsel for Plaintiff Angela Jean Talbert*